**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARMEN MEJIA and RAYMUNDO MORATAYA,**

           **Plaintiffs,**

-vs-                                  **Case No. 6:09-cv-1348-Orl-31GJK**

**UNITED STATES OF AMERICA,**

           **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Substitute Plaintiff's Expert (Doc. 45) and the response (Doc. 46). Despite the late date, the Court will permit the Plaintiffs to bring in their proposed new expert, Dr. Pettingill. However, they must do so promptly so as to permit the Defendant to prepare for the September 6, 2011 trial. Accordingly, it is hereby

**ORDERED** that the Motion to Substitute Plaintiff's Expert (Doc. 45) is **GRANTED IN PART AND DENIED IN PART**. The Plaintiffs must provide Dr. Pettingill's written report to opposing counsel on or before August 15, 2011, and Dr. Pettingill must be made available for deposition on or before August 19, 2011. In all other respects, the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 5, 2011.

                                                                     **GREGORY A. PRESNELL**
                                                                   **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party